**WO**  RP

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dale Maisano, | No. CV 07-1546-PHX-SMM (GEE) |
| Plaintiff, | **ORDER** |
| vs. | |
| Terry L. Allred, et al., | |
| Defendants. | |

Pending before this Court is Plaintiff's "Notice of Appeal (Or) Leave To File" (Doc. #6), which the Court will deny in part and grant in part.

**I.   Procedural Background**

On August 10, 2007, Plaintiff Dale Maisano, who is confined in the Arizona State Prison Complex-Yuma, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983 (Doc. #1) and an Application to Proceed *In Forma Pauperis* (Doc. #3). By Order filed August 15, 2007 (Doc. #4), the Court dismissed the Complaint and this action without prejudice for Plaintiff's failure to comply with the pre-filing requirements set out in the Court's Order and Restraining Order of August 11, 1992, in Maisano v. Lewis, CV 92-1026-PHX-SMM (MS). The Clerk of Court was directed to enter judgment and close this file. Judgment was accordingly entered on August 15, 2007 (Doc. #5).

**II.   Notice of Appeal or Leave to File**

On August 21, 2007, Plaintiff filed his "Notice of Appeal (Or) Leave To File" (Doc. #6) (Notice), in which he gives this Court the choice of either granting him leave to "file this

1 action"or "[i]t is [a]ppealed to the Ninth Circuit Court of Appeals."

2 Because Plaintiff's request for leave to file this action calls into question the
3 correctness of the underlying judgment, the Court will treat the Notice as a motion under
4 Rule 59(e) of the Federal Rules of Civil Procedure to alter or amend judgment, and, in the
5 alternative, a notice of appeal.

6 "Reconsideration is appropriate if the district court (1) is presented with newly
7 discovered evidence, (2) committed clear error or the initial decision was manifestly unjust,
8 or (3) if there is an intervening change in controlling law." School Dist. No. 1J, Multnomah
9 County v. ACandS, Inc., 5 F.3d 1255, 1263 (9th Cir. 1993) (citation omitted).

10 After having considered the foregoing standards, and liberally reviewing this Court's
11 previous Order filed August 15, 2007 (Doc. #4), the record in this case, and Plaintiff's
12 Notice, the Court declines to reverse itself and set aside its Order and the judgment in this
13 case. The Complaint and this action were dismissed without prejudice for Plaintiff's failure
14 to comply with the pre-filing requirements set out in the Court's Order and Restraining Order
15 of August 11, 1992, in Maisano v. Lewis, CV 92-1026-PHX-SMM (MS). Plaintiff does not
16 dispute that he failed to so comply. Accordingly, the Court will deny Plaintiff's Notice in
17 part to the extent that he seeks leave to file this action.

18 The Court will grant Plaintiff's Notice in part to the extent that he seeks to appeal the
19 Court's Order (Doc. #4) and judgment (Doc. #5) in this case. The Clerk will be directed to
20 treat the Notice as a Notice of Appeal. In so doing, the Court also will *sua sponte* certify
21 pursuant to 29 U.S.C. 1915(a)(3) that the appeal is *not* taken in good faith.

22 Lastly, Plaintiff requests in the Notice that the Clerk of Court send him a copy of the
23 Court's Order and Restraining Order of August 11, 1992, in Maisano v. Lewis, CV 92-1026-
24 PHX-SMM (MS). Because Plaintiff filed a copy of said Order and Restraining Order with
25 a recently filed case, Maisano v. Bedinger, CV 07-2502-PHX-SMM (GEE), the Court will
26 not direct the Clerk of Court to send him the requested copy.

27

- 2 -

1  **IT IS ORDERED:**

2      (1)  Plaintiff's "Notice of Appeal (Or) Leave To File" (Doc. #6) is **denied in part**
3  in so far as Plaintiff's request for leave to file this action is **treated** by the Court as a motion
4  under Rule 59(e) of the Federal Rules of Civil Procedure to alter or amend judgment, and
5  **granted in part** in so far as Plaintiff asks to appeal the Court's Order (Doc. #4) and
6  judgment (Doc. #5) in this case.

7      (2)  The Clerk of Court **must treat** Plaintiff's "Notice of Appeal (Or) Leave To
8  File" (Doc. #6) as a Notice of Appeal.

9      (3)  The Court *sua sponte* **certifies** pursuant to 29 U.S.C. § 1915(a)(3) that the
10  appeal is not taken in good faith.  Plaintiff is **denied** *in forma pauperis* status on appeal.

11      DATED this 25th day of February, 2008.

_____
Stephen M. McNamee
United States District Judge

- 3 -